IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-51068
Summary Calendar

_____

MICHAEL ANTHONY HORNE

         Plaintiff - Appellant

   v.

CITY OF SAN ANTONIO; ET AL

         Defendants

CITY OF SAN ANTONIO, BEXAR COUNTY, TEXAS,

         Defendants - Appellees

---------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. SA-98-CV-472-FB
---------------------
December 1, 2000

Before KING, Chief Judge, and WIENER and DENNIS, Circuit Judges.

PER CURIAM:[*]

Michael Anthony Horne has appealed the district court's grant of summary judgment to the defendants in his 42 U.S.C. § 1983 civil rights action. We AFFIRM. Horne argues that he was arrested and detained in violation of his constitutional rights due to the policies or customs of the defendants.

A 42 U.S.C. § 1983 complaint against a municipality must identify the policy, connect the policy to the municipality, and

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

show that the particular injury occurred because of the execution of the policy.  <u>Bennett v. City of Slidell</u>, 728 F.2d 762, 767 (5th Cir. 1984)(en banc).  Our <u>de novo</u> review of the record reveals that Horne has failed to meet his burden under <u>Bennett</u>.  Accordingly, the summary judgment on the merits of Horne's claims against the defendants is AFFIRMED.